**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **GISSEL RUBI MACHADO PALMA #A213-086-947** | **CIVIL ACTION 6:26-CV-03700 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SOUTH LOUISIANA I C E PROCESSING** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by pro se Petitioner Gissel Rubi Machado Palma, an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana.

Petitioner provides no information regarding her nationality or citizenship; when and where she entered the United States; how long she has been detained; whether she is subject to a final order of removal; and whether she requested a bond hearing. The Petition references an attached memorandum (Doc. 1 at 6), but no attachment was submitted.

Accordingly, IT IS ORDERED that Petitioner amend the Petition within 30 days with the requested information and any supporting documentation.

Signed at Lafayette, Louisiana on this 19th day of October, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE